FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0121

_____

DR. RUTH A. JURIS,

      Plaintiff and Appellant,

    v.

LANA E. CANTRELL d/b/a LANA CANTRELL
LAW OFFICE,

      Defendant and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Lana E. Cantrell, to all counsel of record, and to the Honorable Deborah Kim Christopher, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2020